UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 30 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Shawn Lee SEILER,<br>Rigoberto MENDOZA-Palacios,<br>Santiago ROSAS-Merino,<br><br>Defendant. | Magistrate Docket No.<br>**18MJ0439**<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Certain Aliens for Financial Gain<br><br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about January 29, 2018, within the Southern District of California, defendant Shawn Lee SEILER, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Sergio Israel AGUILAR-Onofre, Luis Daniel AGUILAR-Sanchez, Cresenciano AQUINO-Arellanez, Francisco AQUINO-Franco, Felipe AQUINO-Herrera, Pascual ARCOS-Diaz, Gustavo BAHENA-Hernandez, Leon BAHENA-Hernandez, Salvador BAUTISTA-Cortes, Cindy Yamel CALDERON-Padilla, Abelino CASTORENA-Guerrero, Hilario CASTORENA-Guerrero, Camila CORTES-Santana, Jose Armando DIAZ-Perez, Juan Carlos FIERROS-Sixtos, Jose Guadalupe FUENTES-Mireles, Florinda GALLARDO-Gutierrez, Isabel GALLARDO-Gutierrez, Ruben GARCIA-Guadarama, Rosendo GARCIA-Montero, Orlando GARCIA-Vidal, Juan GONZALEZ-Legorreta, Angel GONZALEZ-Perez, Jose Antonio GUADARRAMA-Pedroza, Elizabeth GUILLERMO-Cruz, Raymundo HERNANDEZ-Aquino, Lenin HERNANDEZ-Diaz, Demetria HERNANDEZ-Ortiz, Pablo Cesar HERNANDEZ-Zamora, Luis Rodrigo JIMENEZ-Bahena, Celia LOPEZ-Bautista, Guilebaldo LOPEZ-Cruz, Calixto Hipolito LOPEZ-Garcia, Elodia LOPEZ-Merino, Epifanio LOPEZ-Reyes, Isaias LOPEZ-Romero, Manuel LOPEZ-Romero, Feliciano LOPEZ-Vasquez, Juan MANRIQUEZ-Diaz, Antonio MARTINEZ-Merino, Pedro Matias MARTINEZ-Moreno, Elias MARTINEZ-Rivera, Tiburcio MARTINEZ-Ruiz, Alvaro MARTINEZ-Sanchez, Sipriano MEJIA-Ibanez, Eustacio MEJIA-Merino, Zenaida MEJIA-Santiago, Javier MENDOZA-Cruz, Rigoberto MENDOZA-Palacios, Adriana MERINO-Merino, Silvia MERINO-Merino, Ricardo MERINO-Rios, Alicia MOLINA-Reyes, Eulogia NAJERA-Perez, Socorro NAVARRETE-Bailon, Anastacia ORTIZ-Juarez, Jose Rodolfo PEDROZA-Garcia, Luis Enrique PEDROZA-Montero, Francisco PEREZ-Bautista, Macrina REYES-Garcia, Bernardina RIOS-Lopez, Juana RIOS-Merino, Rosendio ROSALES-Contreras, Santiago

1/29

ROSAS-Merino, Rosalva RUIZ-Diaz, Maria RUIZ-Najera, Juliana RUIZ-Ortiz, Bartolo RUIZ-Rios, Bonifacio SANCHEZ-Vallejo, Aquileo SANTA ANA-Lopez, Sandibel SOLIS-Arellano, Jose Manuel TRUJILLO-Garcia, E.I.M. (a juvenile),P.M.S. (a juvenile), Y.R.C. (a juvenile), F.R.D. (a juvenile), and J.V.L. (a juvenile) had come to, entered and remained in the United States in violation of law, did knowingly transport and move, said aliens within the United States in furtherance of such violation of law, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about January 29, 2018, within the Southern District of California, defendant Rigoberto MENDOZA-Palacios, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States with the purpose, i.e. conscious desire, to enter the United States at or near Boulevard, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

## COUNT THREE

On or about January 29, 2018, within the Southern District of California, defendant Santiago ROSAS-Merino, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States with the purpose, i.e. conscious desire, to enter the United States at or near Boulevard, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Joseph E. Wolchko
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 30th DAY OF January, 2018 .

_____
WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Shawn Lee SEILER,
Rigoberto MENDOZA-Palacios, Santiago ROSAS-Merino

**PROBABLE CAUSE STATEMENT**

Furthermore, the complainant states that Sergio Israel AGUILAR-Onofre, Luis Daniel AGUILAR-Sanchez, Cresenciano AQUINO-Arellanez, Francisco AQUINO-Franco, Felipe AQUINO-Herrera, Pascual ARCOS-Diaz, Gustavo BAHENA-Hernandez, Leon BAHENA-Hernandez, Salvador BAUTISTA-Cortes, Cindy Yamel CALDERON-Padilla, Abelino CASTORENA-Guerrero, Hilario CASTORENA-Guerrero, Camila CORTES-Santana, Jose Armando DIAZ-Perez, Juan Carlos FIERROS-Sixtos, Jose Guadalupe FUENTES-Mireles, Florinda GALLARDO-Gutierrez, Isabel GALLARDO-Gutierrez, Ruben GARCIA-Guadarama, Rosendo GARCIA-Montero, Orlando GARCIA-Vidal, Juan GONZALEZ-Legorreta, Angel GONZALEZ-Perez, Jose Antonio GUADARRAMA-Pedroza, Elizabeth GUILLERMO-Cruz, Raymundo HERNANDEZ-Aquino, Lenin HERNANDEZ-Diaz, Demetria HERNANDEZ-Ortiz, Pablo Cesar HERNANDEZ-Zamora, Luis Rodrigo JIMENEZ-Bahena, Celia LOPEZ-Bautista, Guilebaldo LOPEZ-Cruz, Calixto Hipolito LOPEZ-Garcia, Elodia LOPEZ-Merino, Epifanio LOPEZ-Reyes, Isaias LOPEZ-Romero, Manuel LOPEZ-Romero, Feliciano LOPEZ-Vasquez, Juan MANRIQUEZ-Diaz, Antonio MARTINEZ-Merino, Pedro Matias MARTINEZ-Moreno, Elias MARTINEZ-Rivera, Tiburcio MARTINEZ-Ruiz, Alvaro MARTINEZ-Sanchez, Sipriano MEJIA-Ibanez, Eustacio MEJIA-Merino, Zenaida MEJIA-Santiago, Javier MENDOZA-Cruz, Rigoberto MENDOZA-Palacios, Adriana MERINO-Merino, Silvia MERINO-Merino, Ricardo MERINO-Rios, Alicia MOLINA-Reyes, Eulogia NAJERA-Perez, Socorro NAVARRETE-Bailon, Anastacia ORTIZ-Juarez, Jose Rodolfo PEDROZA-Garcia, Luis Enrique PEDROZA-Montero, Francisco PEREZ-Bautista, Macrina REYES-Garcia, Bernardina RIOS-Lopez, Juana RIOS-Merino, Rosendio ROSALES-Contreras, Santiago ROSAS-Merino, Rosalva RUIZ-Diaz, Maria RUIZ-Najera, Juliana RUIZ-Ortiz, Bartolo RUIZ-Rios, Bonifacio SANCHEZ-Vallejo, Aquileo SANTA ANA-Lopez, Sandibel SOLIS-Arellano, Jose Manuel TRUJILLO-Garcia, E.I.M. (a juvenile), P.M.S. (a juvenile), Y.R.C. (a juvenile), F.R.D. (a juvenile), and J.V.L. (a juvenile), are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 29, 2018, Border Patrol Agent D. Hernandez was performing assigned in the Campo Border Patrol Station's area of responsibility. Agent Hernandez was dressed in plainclothes and was driving an unmarked agency vehicle near the Campo Indian Reservation, located in Boulevard, California. At approximately 5:00 PM, Agent Hernandez was driving east on Old Highway 80, approximately 1 to 2 miles west of Tierra Del Sol intersection when

**CONTINUATION OF COMPLAINT:**
**Shawn Lee SEILER,**
**Rigoberto MENDOZA-Palacios, Santiago ROSAS-Merino**

he encountered a California Highway Patrol (CHP) vehicle with its service lights activated on a traffic stop with a large brown truck. The truck appeared to have the markings of a United Parcel Service (UPS) truck. Agent Hernandez slowed down and rolled down his window to see if the officer, later identified as CHP Officer B. Montgomery needed backup. Officer Montgomery responded by nodding his head that he needed assistance. Agent Hernandez pulled his vehicle around and behind the CHP vehicle. This location is approximately 18 miles east of the Tecate, California Port of Entry and approximately 5 miles north of the United States/Mexico International Boundary.

Agent Hernandez, while wearing a bulletproof vest displaying his last name and agency identifiers to include his badge, approached the rear of the UPS truck, and observed that the vehicle was riding extremely low. The UPS truck looked like newer paint was on the rear of the vehicle, and Agent Hernandez could smell body odor mixed with a distinct type of pungent soap which is commonly used in Mexico. Agent Hernandez believed that there were illegal aliens within the truck's cargo bay. Officer Montgomery also stated that his reason for stopping the truck was that the vehicle had no tags, was weaving, and was possibly unsafe. The driver, later identified as the defendant Shawn Lee SEILER, was already sitting inside the rear of Officer Montgomery's vehicle in investigative detention. Agent Hernandez identified himself as a Border Patrol agent, asked SEILER if he was the owner of the UPS truck, and asked for consent to look inside the truck. SEILER stated the truck was his and gave Agent Hernandez consent to look inside the truck.

At approximately 5:09 PM, BPA Hernandez opened the rear of the truck and saw many people standing shoulder to shoulder in the cargo area. Agent Hernandez noticed that it was excessively hot within the cargo area, and individuals standing were sweating heavily. Agent Hernandez asked several people standing in the back of the cargo area if they were in the United States illegally to which they replied yes. Agent Martinez notified dispatch and requested assistance.

Once backup arrived, Agent Hernandez systematically conducted an immigration inspection on each of the individuals later identified as the defendants Rigoberto MENDOZA-Palacios and Santiago ROSAS-Merino, and material witnesses Sergio Israel AGUILAR-Onofre, Luis Daniel AGUILAR-Sanchez, Cresenciano AQUINO-Arellanez, Francisco AQUINO-Franco, Felipe AQUINO-Herrera, Pascual ARCOS-Diaz, Gustavo BAHENA-Hernandez, Leon BAHENA-Hernandez, Salvador BAUTISTA-Cortes, Cindy Yamel CALDERON-Padilla, Abelino CASTORENA-Guerrero, Hilario CASTORENA-Guerrero, Camila CORTES-Santana, Jose

**CONTINUATION OF COMPLAINT:**
 Shawn Lee SEILER,
 Rigoberto MENDOZA-Palacios, Santiago ROSAS-Merino

Armando DIAZ-Perez, Juan Carlos FIERROS-Sixtos, Jose Guadalupe FUENTES-Mireles, Florinda GALLARDO-Gutierrez, Isabel GALLARDO-Gutierrez, Ruben GARCIA-Guadarama, Rosendo GARCIA-Montero, Orlando GARCIA-Vidal, Juan GONZALEZ-Legorreta, Angel GONZALEZ-Perez, Jose Antonio GUADARRAMA-Pedroza, Elizabeth GUILLERMO-Cruz, Raymundo HERNANDEZ-Aquino, Lenin HERNANDEZ-Diaz, Demetria HERNANDEZ-Ortiz, Pablo Cesar HERNANDEZ-Zamora, Luis Rodrigo JIMENEZ-Bahena, Celia LOPEZ-Bautista, Guilebaldo LOPEZ-Cruz, Calixto Hipolito LOPEZ-Garcia, Elodia LOPEZ-Merino, Epifanio LOPEZ-Reyes, Isaias LOPEZ-Romero, Manuel LOPEZ-Romero, Feliciano LOPEZ-Vasquez, Juan MANRIQUEZ-Diaz, Antonio MARTINEZ-Merino, Pedro Matias MARTINEZ-Moreno, Elias MARTINEZ-Rivera, Tiburcio MARTINEZ-Ruiz, Alvaro MARTINEZ-Sanchez, Sipriano MEJIA-Ibanez, Eustacio MEJIA-Merino, Zenaida MEJIA-Santiago, Javier MENDOZA-Cruz, Adriana MERINO-Merino, Silvia MERINO-Merino, Ricardo MERINO-Rios, Alicia MOLINA-Reyes, Eulogia NAJERA-Perez, Socorro NAVARRETE-Bailon, Anastacia ORTIZ-Juarez, Jose Rodolfo PEDROZA-Garcia, Luis Enrique PEDROZA-Montero, Francisco PEREZ-Bautista, Macrina REYES-Garcia, Bernardina RIOS-Lopez, Juana RIOS-Merino, Rosendio ROSALES-Contreras, Rosalva RUIZ-Diaz, Maria RUIZ-Najera, Juliana RUIZ-Ortiz, Bartolo RUIZ-Rios, Bonifacio SANCHEZ-Vallejo, Aquileo SANTA ANA-Lopez, Sandibel SOLIS-Arellano, Jose Manuel TRUJILLO-Garcia, E.I.M. (a juvenile), P.M.S. (a juvenile), Y.R.C. (a juvenile), F.R.D. (a juvenile), and J.V.L. (a juvenile), as they exited the truck. Each of the individuals stated that they are citizens of Mexico without any immigration documents that would allow them to legally enter or remain in the United States. Agent Hernandez returned to the CHP vehicle and conducted an immigration inspection on SEILER. SEILER stated that he is a United States citizen.

At approximately 5:09 PM BPA Hernandez placed all 78 individuals, including SEILER, MENDOZA-Palacios, and ROSAS-Merino, under arrest.

The defendant SEILER was read his Miranda Rights. SEILER stated he understood his rights and was willing to speak without an attorney present. SEILER stated that he is an alien smuggler and he expected to be paid $100.00 USD per illegal alien to transport them further into the United States. SEILER was told that he was to transport 50 smuggled aliens in the UPS truck to San Diego, California. SEILER was surprised to learn that there were 77 smuggled aliens in the truck.

Routine record checks of the defendant Rigoberto MENDOZA-Palacios revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal

**CONTINUATION OF COMPLAINT:**
 **Shawn Lee SEILER,**
 **Rigoberto MENDOZA-Palacios, Santiago ROSAS-Merino**

record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 9, 2018, through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Routine record checks of the defendant Santiago ROSAS-Merino revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on May 14, 2015, El Paso, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.