# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHAWN LEE SEILER,<br><br>        Defendants. | Case No.: 18-MJ-0439-WVG<br><br>**ORDER** |

IT IS HEREBY ORDERED that the complaint be dismissed without prejudice as to defendant Shawn Lee Seiler.

Dated:  February 8, 2018

                                                           _____
                                                           Hon. William V. Gallo
                                                           United States Magistrate Judge