FILED
18 FEB 12 PM 12:58

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-MJ-0439-WVG |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SHAWN LEE SEILER, | |
| Defendant. | |

IT IS HEREBY ORDERED that the complaint be dismissed without prejudice as to defendant Shawn Lee Seiler.

Dated: February 8, 2018

Hon. William V. Gallo
United States Magistrate Judge

I have executed within Judgement and Commitment on _DISMISSED 2/7/18_
United States Marshal
By: _____
USMS Criminal Section